IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER 16-34028 |
| | § | |
| NORTHSTAR OFFSHORE | § | |
| GROUP, L.L.C., | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| JAMES KATCHADURIAN, | § | |
| LITIGATION TRUSTEE | § | |
| PLAINTIFF, | § | ADVERSARY NO. 18-03366 |
| | § | |
| V. | § | |
| | § | |
| BP ENERGY COMPANY, | § | |
| DEFENDANT. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Plaintiff, James Katchadurian, gives notice of appearance of Tony Draper as counsel authorized to appear on his behalf for the Rule 26(f) Conference and possibly other future matters. Mr. Draper's information is as follows:

Tony Draper
Texas Bar No. 00798156
Walker, Wilcox & Matousek, LLP
1001 McKinney Street
Suite 2000
Houston, Texas 77002
713-654-8001 telephone
713-343-6571 facsimile
tdraper@wwmlawyers.com

It may be necessary for Mr. Draper to appear in place of the Trustee's attorney, Kelly Prather, at the Rule 26(f) Conferences because she is on-call for a jury trial in Cause No. 2014-41620; *Crawford Electric v. Ganesh Charturthi LLC* filed in the 165th Judicial District of Harris

County, Texas. Thus, Ms. Prather may not be available to attend the conferences which are scheduled for 11:00 a.m. on Wednesday, March 6, 2019.

    Mr. Draper and Ms. Prather have conferred on the facts of this adversary proceeding. Mr. Draper has authority to bind the plaintiff at the conference.

Dated: March 5, 2019.

    Respectfully submitted,

By: /s/ Kelly Greenwood Prather
Kelly Greenwood Prather
TBN: 00796670;
So. Dist. of Texas No: 21829
The Greenwood Prather Law Firm, PLLC
2009 North Durham Drive
Houston, Texas 77008
Telephone: (713) 333-3200
Facsimile: (713) 621-1449
E-Mail: kgreenwood@midtownlegal.com


By:  /s/ Tony Draper
Tony Draper
TBN: 00798156
So. Dist. of Texas No.: 24352
Walker, Wilcox & Matousek, LLP
1001 McKinney Street
Suite 2000
Houston, Texas 77002
Telephone (713) 654-8001
Facsimile 713-343-6571
tdraper@wwmlawyers.com


**Attorneys for James Katchadurian, Litigation Trustee for the Litigation Trust of Northstar Offshore Group LLC**